UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA N. DUNCAN,

    Plaintiff,

v.                                        Case No. 16-14252

CAROLYN W. COLVIN,            HON. TERRENCE G. BERG
Acting Commissioner of             HON. ELIZABETH A. STAFFORD
Social Security

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING CASE TO THE WESTERN DISTRICT OF MICHIGAN**

    This matter is before the Court on Magistrate Judge Elizabeth Stafford's December 19, 2016 Report and Recommendation (Dkt. 5), recommending that this case be transferred to the Western District of Michigan.

    The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Nevertheless, the Court has reviewed the Report and Recommendation and does hereby accept the

Magistrate Judge's Report and Recommendation of December 19, 2016 as this Court's own order.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Recommendation of December 19, 2016 is **ACCEPTED** and **ADOPTED**. It is furthered ordered that this case be transferred to the Western District of Michigan.

**SO ORDERED.**

Dated:  January 30, 2017 	s/Terrence G. Berg
	TERRENCE G. BERG
	UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on January 30, 2017, using the CM/ECF system, which will send notification to all parties, and was served upon unrepresented parties via postal mail.

	s/A. Chubb
	DEPUTY CLERK