UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ANDREA DUNCAN, | ) | |
| | ) | Civil Action Number 1:17-cv-00104 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | Hon. Ray S. Kent |
| ACTING COMMISSIONER | ) | United States Magistrate Judge |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Order for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Acting Commissioner of Social Security for further proceedings in accordance with that order.

Date: August 17, 2017

       /s/ Ray Kent
Hon. Ray S. Kent
United States Magistrate Judge